Before the Second Division, April 16, 1941

No. 45730.—Protests 999880–G, etc., of Wm. Brand & Co. (New York).

Opinion by Tilson, J.   On the authority of Brand v. United States (2 Cust. Ct. 471, C. D. 179) the claim at 40 percent under paragraph 208 (e) was sustained, the court saying that while the pieces of mica in the instant case are of a larger size the evidence brings the merchandise squarely within the reasoning upon which the former decision was based.